NUMBER 13-06-316-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


______________________ ________________________________


JEROMY KEITH MORRISON, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the 33rd District Court 


of Llano County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam



 Appellant, Jeromy Keith Morrison, appeals his conviction for driving while
intoxicated. On August 24, 2006, after the court reporter notified the Court that appellant
had not requested a reporter's record, we abated the appeal and remanded the case to
the trial court to determine, among other things, whether appellant wished to continue the
appeal. The trial court held a hearing on our abatement order on September 14, 2006.
According to the record of the hearing below, appellant has decided to abandon this
appeal. 

 Appellant's retained counsel has filed a motion to abate the appeal. According to
the motion, appellant does not desire to prosecute the appeal; however, the motion to
abate was not signed by appellant as required by Rule 42.2(a). See Tex. R. App. P.
42.2(a).

 Based upon the trial court's findings of fact and the supplemental records filed in this
court, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this
case. See Tex. R. App. P. 2; cf. Hendrix v. State, 86 S.W.3d 762, 763-64 (Tex.
App.-Waco 2002, no pet.) (applying Rule 2 to suspend requirement that counsel file written
withdrawal of appeal after appellant stated on record in trial court that he desired "to drop
the appeal"). Construing the motion to abate as a motion to dismiss pursuant to Rule
42.2(a) of the Texas Rules of Appellate Procedure, we grant the motion and dismiss the
appeal. See Tex. R. App. p. 42.2(a).

 The appeal is DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 5th day of April, 2007.